■ In the Matter of REINAUER TRANSPORTATION COMPANIES, LP, et al., Petitioners, v ROBERT J. GIGANTE, as Justice of the Supreme Court of the State of New York, Respondent. [812 NYS2d 893]—Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent, Robert J. Gigante, a Justice of the Supreme Court, Richmond County, to enter an interlocutory judgment on the issue of liability in the case of *McConville v Reinauer Transportation Companies, LP*, Richmond County index No. 12942/98.

Adjudged that the petition is denied and the proceeding is dismissed as academic, without costs or disbursements.

An interlocutory judgment on the issue of liability in the case of *McConville v Reinauer Transportation Companies, LP*, was entered on March 2, 2006. Krausman, J.P., Luciano, Fisher and Dillon, JJ., concur.